UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12306-MLW

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN, Plaintiffs | ) ) ) ) |
| vs. | ) ) |
| CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS, RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI OFFICER JOHN DOE, OFFICER JOHN DOE, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANTS, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, RAYMOND M. ANAIR, WILLIAM P. GEOFFROY AND KEVIN E. WOLSKI'S, RULE 16 BUDGET CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

By: _/s/ Maureen MacDonald_
Maureen MacDonald
Authorized Representative of
Massachusetts Interlocal Insurance
Association
12 Gill Street, Suite 5500
P. O. Box 4043
Woburn, MA 01888-4043

By: _/s/ Nancy Frankel Pelletier_
Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
(413) 732-2301
(413) 785-4658
BBO # 544402

DATED: March 12, 2004

357125