UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH JEAN, et al<br>Plaintiffs<br><br>vs.<br><br>ASHBURNHAM POLICE<br>DEPARTMENT, et al<br>Defendants | C.A. NO.: 03-12306RGS |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendants, Robert Brennan, Todd Parsons, and Jack Murray, in the above-entitled matter.

_____
Michael J. Akerson
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 558565

_____
John V. Vigliotti
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 642337

THE DEFENDANTS
By their attorneys

_____
Austin M. Joyce
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040

## CERTIFICATE OF SERVICE

I, Michael J. Akerson, hereby certify that a copy of the foregoing Appearance was mailed on this 31st day of March, 2004 via first class mail postage prepaid to all counsel of record as follows:

John Cloherty, III, Esq.
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257

Nancy Frankel Pelletier, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115

Regina M. Ryan, Esq.
Merrick, Louison & Costello
67 Batterymarch Street
Boston, MA 02110

By: _____
Michael J. Akerson

# EDWARD P. REARDON, P.C.

EDWARD P. REARDON
AUSTIN M. JOYCE
MICHAEL J. AKERSON
JOHN K. VIGLIOTTI

ATTORNEYS AT LAW
(A PROFESSIONAL CORPORATION)
FAX: (508) 754-7220

397 GROVE STREET
WORCESTER, MASSACHUSETTS
01605
(508) 754-7285

March 31, 2004

Civil Clerk
U.S. District Court
 for the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210
C.A. No.: 03-12306-MLW

RE:   Jean v. Town of Ashburnham, et al
      C.A. No.: 03-12306-MLW

Dear Sir/Madam Clerk:

With reference to the above matter please find Notice of Appearance on behalf of Defendant's Brennan, Parsons, and Murray.

If you should have any questions please do not hesitate to contact me.

Very truly yours,

Michael J. Akerson

MJA/dc
Enclosure
cc:   Nancy Pelletier, Esq.
      John Cloherty, III, Esq.
      Regina Ryan, Esq.
      Clients