UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH JEAN et al
        Plaintiff              CIVIL ACTION
                                      NO. 03-12306-MLW
   V.

CITY OF ASHBURNHAM POLICE DEPARTMENT
        Defendants

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

   PLEASE TAKE NOTICE that the SCHEDULING CONFERENCE scheduled for **JUNE 8, 2004 at 3:00 p.m.** has been CANCELLED.  It has been RESCHEDULED for **JUNE 21, 2004 at 4:00 p.m.** before Judge WOLF in Courtroom #10 on the 5th.

                                                 TONY ANASTAS, CLERK

May 20, 2004                        By: /s/ Dennis O'Leary
Date                                   Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                          [ntchrgcnf.]