A-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO: 03-12306-MLW

KENNETH and PAMELA PRICE JEAN,
    Plaintiffs,

v.

CITY OF ASHBURNHAM POLICE
DEPARTMENT, CITY OF WINCHENDON
POLICE DEPARTMENT, ROB HARRINGTON,
in his capacity as CHIEF OF THE WINCHENDON
POLICE DEPARTMENT, JACK MURRAY, in his
capacity as CHIEF OF THE ASHBURNHAM
POLICE DEPARTMENT, TODD C. PARSONS,
RAYMOND M. ANAIR, ROBERT BRENNON,
WILLIAM P. GEOFFROY, BRIAN HART,
KEVIN AHEARN, KEVIN E. WOLSKI,
OFFICER JOHN DOE, OFFICER JOHN POE,
    Defendants.



## NOTICE OF APPEARANCE

Kindly enter my appearance for the defendants, City of Ashburnham Police Department, Chief Jack Murray, Todd Parsons, Robert Brennon and Kevin Ahearn, individually, in the above named matter.

    Defendants, City of Ashburnham Police
    Department, Murray, Parsons, Brennon, and
    Ahearn, by their attorneys,

    Douglas I. Louison BBO# 545191
    Regina M. Ryan BBO# 565246
    Merrick, Louison & Costello, LLP
    67 Batterymarch Street
    Boston, MA 02110
    (617) 439-0305

CERTIFICATE OF SERVICE

I, Regina M. Ryan, counsel for the defendants, hereby certify that on the 17th day of May, 2004, I served a copy of the foregoing by first class mail, postage prepaid, upon the following counsel of record: Andrew M Fischer, Esqurie, Jason & Fischer, 47 Winter Street, Boston, MA 02108; Nancy Frankel Pelletier, Esquire, Robinson Donovan, P.C., 1500 Main Street, Suite 1600, Springfield, MA 01115; Michael J. Akerson, Esquire, Edward P. Reardon, P.C., 397 Grove Street, Worcester, MA 01605.

Regina M. Ryan