UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KENNETH JEAN et al
        Plaintiff        CIVIL ACTION
                            NO. 03-12306-MLW
   V.

CITY OF ASHBURNHAM
        Defendants

CANCELLATION/RESCHEDULING NOTICE

WOLF, D.J.

    PLEASE TAKE NOTICE that the STATUS CONFERENCE scheduled for **JUNE 21, 2004 at 4:00 p.m.** has been CANCELLED. It has been RESCHEDULED for **AUGUST 11, 2004 at 3:00 p.m.** before Judge WOLF in Courtroom #10 on the 5th. Counsel shall file the joint statement required by local rule 16 by August 4, 2004. The court will also hear oral argument on the pending motion to amend the complaint.

                                      TONY ANASTAS, CLERK

June 17, 2004                By:  /s/ Dennis O'Leary
Date                              Deputy Clerk

Notice mailed to:

(notice.frm - 10/96)                                            [ntchrgcnf.]