UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN<br>    Plaintiff,<br><br>v.<br><br>CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRAY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS, RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI, OFFICER JOHN DOE, OFFICER JOHN POE,<br>    Defendants. | CIVIL ACTION NO. 03-12306-MLW |

**CERTIFICATE OF CLIENT CONSULTATION**
(Pursuant to L.R. 16.1(d)(3))

    The attorney of record for the Defendants, CITY OF ASHBURNHAM POLICE DEPARTMENT, JACK MURRAY, TODD PARSONS, ROBERT BRENNON, BRIAN HART and KEVIN AHEARN, hereby certifies that he has conferred with the Defendants or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted, The Defendants,
CITY OF ASHBURNHAM POLICE DEPARTMENT,
JACK MURRAY, TODD PARSONS, ROBERT
BRENNON, BRIAN HART and KEVIN AHEARN,
By Their Attorneys,

_____
John J. Cloherty III/ BBO # 566522
Ten Winthrop Square
Boston, MA 02110; (617) 350-0950

_____
Lois Hewson, Examiner
Guaranty Fund Management Services