UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * |
| CITY OF ASHBURNHAM POLICE | * |
| DEPARTMENT, CITY OF WINCHENDON | * |
| POLICE DEPARTMENT, ROB HARRINGTON, | * |
| in his capacity as CHIEF OF THE WINCHENDON | *   C.A. NO. 03-12306MLW |
| POLICE DEPARTMENT, JACK MURRY, in his | * |
| capacity as CHIEF OF THE ASHBURNHAM | * |
| POLICE DEPARTMENT, TODD C. PARSONS | * |
| RAYMOND M. ANAIR, ROBERT BRENNON, | * |
| WILLIAM P. GEOFFROY, BRIAN HART, | * |
| KEVIN AHEARN, KEVIN E. WOLSKI | * |
| OFFICER JOHN DOE, OFFICER JOHN POE. | * |
| | * |
| Defendants | * |

*********************************************

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the plaintiff and moves this Honorable continue the Scheduling Conference in this matter, presently scheduled for Wednesday, August 11, 2004 until September 14, 2004, when all parties are available to attend the conference.

As reason, plaintiffs state that their attorney, Andrew Fischer, will be out of the Commonwealth on business and will not be available for the Scheduling Conference on August 11, 2004. Attorney Fischer, as well as all other counsel in this case, is available on September, 14, 2004.

Plaintiffs also state that no party will be prejudiced by this continuance and that the attorneys for the defendants have assented to continuing the scheduling conference.

        Respectfully submitted,
        Kenneth Jean, et al
        by their counsel

Date: September 5, 2004        /S/ Andrew M. Fischer
        Andrew M. Fischer
        BB0# 167040
        JASON & FISCHER
        47 Winter Street
        Boston, MA 02108
        (617) 423-7904

afischer@jasonandfischer.com

CERTIFICATE OF SERVICE

       I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to John J. Cloherty, III, Pierce, Davis, Perritano, LLP, Ten Winthrop Square, Boston, MA 02110, and to Nancy Frankel Pelletier, Robinson Donovan, P.C., 1500 Main Street, Ste. 1600, Springfield, MA 01115-5609.

Date: September 5, 2004                                                            /S/ Andrew M. Fischer
                                                                                                                   Andrew M. Fischer

jean\mtncontschconf