UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12306-MLW

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN,<br>    Plaintiffs | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS, RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI OFFICER JOHN DOE, OFFICER JOHN DOE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS, CITY OF WINCHENDON POLICE DEPARTMENT, WILLIAM P. GEOFFROY, KEVIN E. WOLSKI, RAYMOND M. ANAIR AND ROB HARRINGTON'S, MOTION FOR TRANSFER

NOW COME the defendants in the above-captioned matter and move this court, pursuant to Rule 40.1(D)(1) and 40.1(F) to transfer the above-captioned matter to the United States District Court, for the District of Massachusetts, Central Division.  As grounds therefor and in support thereof, the defendants state that as reflected in the plaintiffs' complaint, the plaintiffs herein are individuals with a usual residence in Ashburnham, Worcester County, Massachusetts.  The two defendant municipalities are also located in Worcester County and the remaining defendants are all employees of the respective municipalities.  As such, all parties "reside" in the Central Division.  Local Rule 41.1(D)(1)(a) thus mandates assignment to the Central Division.

380303

Further, Local Rule 40.1(F) authorizes transfer of the case within the Divisions under such circumstances.

    WHEREFORE, based upon the foregoing, the defendants, City of Winchendon Police Department, William P. Geoffroy, Kevin E. Wolski, Raymond M. Anair and Rob Harrington, respectfully request that this court transfer the above-captioned matter to the Central Division of the United States District Court as mandated by Local Rule 40.1.

    Respectfully submitted,

    THE DEFENDANTS
CITY OF WINCHENDON POLICE
DEPARTMENT, WILLIAM P.
GEOFFREY, KEVIN E. WOLSKI,
RAYMOND M. ANAIR AND
ROB HARRINGTON


By____*/s/ Nancy Frankel Pelletier*_____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

380303