UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KENNETH JEAN, et al<br>  Plaintiffs<br><br>vs.<br><br>ASHBURNHAM POLICE<br>DEPARTMENT, et al<br>  Defendants | C.A. NO.: 03-12306MLW |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Robert Brennan, Todd Parsons, and Jack Murray, in the above-entitled matter in the above-entitled matter in addition to Attorneys Akerson, Joyce and Vigliotti.

            THE DEFENDANTS
            By their attorney

            /s/ Andrew J. Gambaccini

            Andrew J. Gambaccini
            EDWARD P. REARDON, P.C.
            397 Grove Street
            Worcester, MA 01605
            (508) 754-7285
            BBO # 654690