# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**KENNETH JEAN et al**

                         **Plaintiff**                              **Civil Action**

          **V.**                                        **No. 03-12306-MLW**

**CITY OF ASHBURNHAM POLICE DEPARTMENT, et al**
                    **Defendant**

### O R D E R

WOLF, D.J.

        Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case

is hereby transferred to the Central Division of this court for all further proceedings.

                         By The Court,

                              /s/ Dennis O'Leary
                         Deputy Clerk

Date: November 3, 2004

Copies to:            Counsel, Operations Manager

(transfer-spfld.wpd - 7/99)                              [divtranout.]