UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*********************************************
KENNETH AND PAMELA PRICE JEAN           *
                                        *
            Plaintiffs                  *
                                        *
v.                                      *
                                        *
CITY OF ASHBURNHAM POLICE               *
DEPARTMENT, CITY OF WINCHENDON          *
POLICE DEPARTMENT, ROB HARRINGTON,      *
in his capacity as CHIEF OF THE WINCHENDON *   C.A. NO. 03-12306MLW
POLICE DEPARTMENT, JACK MURRY, in his   *
capacity as CHIEF OF THE ASHBURNHAM     *
POLICE DEPARTMENT, TODD C. PARSONS      *
RAYMOND M. ANAIR, ROBERT BRENNON,       *
WILLIAM P. GEOFFROY, BRIAN HART,        *
KEVIN AHEARN, KEVIN E. WOLSKI           *
OFFICER JOHN DOE, OFFICER JOHN POE.     *
                                        *
            Defendants                  *
*********************************************
```

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiffs Kenneth and Pamela Price Jean.

I certify that I am admitted to practice in this Court.

Signed /s/ Mark D. Stern
Mark D. Stern, BBO #479500
Mark D. Stern, P.C.
34 Liberty Avenue
Somerville, MA 02144
Tel. (617) 776-4020
Fax (617) 776-9250
email:markdsternpc@rcn.com

Date: November 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to:

Michael Akerson
Austin M. Joyce
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605

Douglas I. Louison
Regina M. Ryan
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

Nancy Frankel Pelletier
Robinson Donovan, P.C.
1500 Main Street - Suite 1600
Springfield, MA 01115

John J. Cloherty, III
Pierce, Davis, Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

Andrew M. Fischer
Jason & Fischer
47 Winter Street
Boston, MA 02108

Signed: [signature]
Mark D. Stern