UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN | \* |
| Plaintiffs | \* |
| v. | \* |
| CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI OFFICER JOHN DOE, OFFICER JOHN POE. | \* C.A. NO. 03-12306MLW |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE PURSUANT TO L.R.16.1(D)(3)

We, Kenneth Jean and Pamela Price Jean, certify that we have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution.

_____
Kenneth Jean, Plaintiff

_____
Pamela Price Jean, Plaintiff

Date: 12-1-04

Plaintiffs by counsel,

_____
Andrew M. Fischer
JASON & FISCHER
47 Winter Street, #4
Boston, MA 02108
(617) 423-7904
BB0# 167040

jean\rule16cert