UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN * | |
| Plaintiffs * | C.A. NO. 2003 CV 12306-FDS* |
| v. * | |
| * | |
| CITY OF ASHBURNHAM POLICE DEPT. et al. * | |
| Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WITHDRAWAL OF APPEARANCE

I Mark D. Stern withdraw my appearance for Kenneth Jean. Mr. Fischer remains in the case as his Counsel. I remain in the case as Counsel for Ms. Jean.

Signed

Mark D. Stern, BBO #479500
Mark D. Stern, P.C.
34 Liberty Avenue
Somerville, MA 02144
Tel. (617) 776-4020
Fax (617) 776-9250
email:markdsternpc@rcn.com

Date: March 11, 2005


## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the above document on the defendants by mailing a copy, first class, postage prepaid to:

Michael Akerson
Austin M. Joyce
Andrew J. Gambaccini
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605

Douglas I. Louison
Regina M. Ryan
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

Nancy Frankel Pelletier
Robinson Donovan, P.C.
1500 Main Street - Suite 1600
Springfield, MA 01115

John J. Cloherty, III
Pierce, Davis, Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

Andrew M. Fischer
Jason & Fischer
47 Winter Street
Boston, MA 02108

Signed: *[signature]*

Mark D. Stern