## JASON AND FISCHER

ATTORNEYS AT LAW
47 WINTER STREET
BOSTON, MASSACHUSETTS 02108
TEL. (617) 423-7904
FAX. (617) 451-3413

LINDA GAYLE JASON
ANDREW M. FISCHER

March 30, 2005

Dennis O'Leary
Courtroom Clerk
United States District Court
One Court House Way
Boston, MA 02201

Re: <u>Kenneth and Pamela Jean v. Ashburnham Police, et al</u>
C.A. No. 03-12306~~MLW~~ FDS

Dear Mr. O'Leary:

Please allow me to withdraw the Motion to Substitute True Name of Defendant, filed with the court on March 22, 2005, as the motion was filed in error.

Yours truly,

Andrew M. Fischer

AMF:cpj

cc: John J. Cloherty, III, Esquire
Regina Ryan, Esquire
Austin M. Joyce, Esquire
Nancy Frankel Pelletier, Esquire
Mark Stern, Esquire

jean\ltct8