UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN | \* |
| | \* |
| Plaintiffs | \* |
| | \* |
| v. | \* |
| | \* |
| CITY OF ASHBURNHAM POLICE | \* |
| DEPARTMENT, ET AL., | \* |
| POLICE DEPARTMENT, ROB HARRINGTON, | \* |
| in his capacity as CHIEF OF THE WINCHENDON | \* C.A. NO. 03-12306FDS |
| POLICE DEPARTMENT, JACK MURRY, in his | \* |
| capacity as CHIEF OF THE ASHBURNHAM | \* |
| POLICE DEPARTMENT, TODD C. PARSONS | \* |
| RAYMOND M. ANAIR, ROBERT BRENNON, | \* |
| WILLIAM P. GEOFFROY, BRIAN HART, | \* |
| KEVIN AHEARN, KEVIN E. WOLSKI | \* |
| OFFICER JOHN DOE, OFFICER JOHN POE. | \* |
| | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WITHDRAWAL OF APPEARANCE

Now comes Andrew M. Fischer and withdraws his appearance as counsel for the plaintiff Pamela Jean.

As reason, successor counsel, Mark Stern, has entered his appearance for plaintiff Pamela Jean and undersigned counsel, Andrew M. Fischer, hereby submits this withdrawal of his appearance for the plaintiff Pamela Jean. Attorney Fischer will continue to represent plaintiff, Kenneth Jean.

Date: 3/14/05

Respectfully submitted,
Kenneth Jean, by counsel,

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

-2-

## CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the parties by mailing a copy, first class, postage prepaid to John J. Cloherty, III, Pierce, Davis, Perritano, LLP, Ten Winthrop Square, Boston, MA 02110; Regina Ryan, Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110; Austin M. Joyce, Edward P. Reardon, P.C., 397 Grove Street, Worcester, MA 01605; Nancy Frankel Pelletier, Robinson Donovan, P.C., 1500 Main Street, Ste. 1600, Springfield, MA 01115-5609 and to Mark Stern, 34 Liberty Avenue, Somerville, MA 02144..

Date: 4/6/05

Andrew M. Fischer

jean\mtnwith