UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * |
| CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI OFFICER JOHN DOE, OFFICER JOHN POE. | * C.A. NO. 03-12306FDS |
| | * |
| Defendants | * |

*********************************************

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiff and certifies that he has conferred with counsel for the defendants regarding plaintiff's Motion for Leave to File to Amend Complaint.

                                                                 Respectfully submitted,
                                                                 Kenneth Jean, et al
                                                                 by their counsel

Date: 4/18/05

                                                                 Andrew M. Fischer
                                                                 BB0# 167040
                                                                 JASON & FISCHER
                                                                 47 Winter Street
                                                                 Boston, MA 02108
                                                                 (617) 423-7904

-2-

## CERTIFICATE OF SERVICE

I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the parties by mailing a copy, first class, postage prepaid to John J. Cloherty, III, Pierce, Davis, Perritano, LLP, Ten Winthrop Square, Boston, MA 02110; Regina Ryan, Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110; Austin M. Joyce, Edward P. Reardon, P.C., 397 Grove Street, Worcester, MA 01605; Nancy Frankel Pelletier, Robinson Donovan, P.C., 1500 Main Street, Ste. 1600, Springfield, MA 01115-5609 and to Mark Stern, 34 Liberty Avenue, Somerville, MA 02144..

Date: 4/18/05

Andrew M. Fischer

jean\7.1cert

-2-