UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12306-FDS

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN,<br>    Plaintiffs | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS, RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI OFFICER JOHN DOE, OFFICER JOHN DOE,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF CONSULTATION

The undersigned states, in accordance with Rule 7.1 of the Local Rules of the United States District Court that an effort was made to resolve this matter.

                                              Respectfully submitted,

| | |
|---|---|
| THE DEFENDANTS<br>CITY OF ASHBURNHAM POLICE<br>DEPARTMENT, JACK MURRY,<br>TODD C. PARSONS, ROBERT BRENNON,<br>BRIAN HART, KEVIN AHEARN,<br>OFFICER JOHN DOE, OFFICER JOHN DOE | THE DEFENDANTS<br>CITY OF WINCHENDON POLICE<br>DEPARTMENT, WILLIAM P. GEOFFREY,<br>KEVIN E. WOLSKI, RAYMOND M.<br>ANAIR AND<br>ROB HARRINGTON |
| By   */s/ John Cloherty, III*<br>John J. Cloherty, Esq., of<br>Pierce, Davis, Perritano, LLP<br>Ten Winthrop Square<br>Boston, Massachusetts 02110<br>BBO No.: 566522 | By   */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 544402 |

400034

By   /s/  *Regina M. Ryan*
Regina M. Ryan, Esq.,
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, Massachusetts 02110
BBO No.:  565246


By   /s/ *Andrew Gambaccini*
Andrew Gambaccini, Esq.
Reardon, Joyce & Ackerson, P.C.
397 Grove Street
Worcester, Massachusetts 01605
BBO No.:  654690

400034