Driving Directions from [1-24] Main St, Winchendon, MA to [1219...    http://www.mapquest.com/directions/main.adp?go=1&do=nw&rm...

# MAPQUEST

**[1-24] Main St**
Winchendon, MA 01475, US

**[1219-1228] Main St**
Worcester, MA 01603, US

| Maneuvers | Distance |
|---|---|
| **1:** Start out going NORTHEAST on ROSE CT toward RIVER ST/US-202. | <0.1 miles |
| **2:** Turn SLIGHT LEFT onto RIVER ST/US-202. Continue to follow US-202. | 0.3 miles |
| **3:** Stay STRAIGHT to go onto SPRING ST/MA-12. | 2.3 miles |
| **4:** SPRING ST/MA-12 becomes MA-140 S. | 9.5 miles |
| **5:** Merge onto MA-2 E toward FITCHBURG/PRINCETON. | 11.8 miles |
| **6:** Merge onto I-190 S via EXIT 33 toward LEOMINSTER/WORCESTER. | 18.4 miles |
| **7:** Take the RT-12/W. BOYLSTON ST exit- EXIT 1- toward GOLD STAR BLVD. | 0.2 miles |
| **8:** Stay STRAIGHT to go onto W BOYLSTON ST/MA-12 S. Continue to follow MA-12 S. | 3.8 miles |
| **9:** MA-12 S becomes PARK AVE. | 0.2 miles |
| **10:** Turn SLIGHT RIGHT onto MAIN ST/MA-9. | 0.2 miles |

**11:** End at **[1219-1228] Main St**
Worcester, MA 01603, US

**Total Est. Time:** 1 hour, 3 minutes    **Total Est. Distance:** 47.17 miles

