Driving Directions from [1-24] Main St, Winchendon, MA to 47 Wi...   http://www.mapquest.com/directions/main.adp?go=1&do=nw&rm...

# MAPQUEST

**[1-24] Main St**
Winchendon, MA 01475,
US

**47 Winter St**
Boston, MA 02108-4706,
US

| Maneuvers | Distance |
|---|---|
| 1: Start out going NORTHEAST on ROSE CT toward RIVER ST/US-202. | <0.1 miles |
| 2: Turn SLIGHT LEFT onto RIVER ST/US-202. Continue to follow US-202. | 0.3 miles |
| 3: Stay STRAIGHT to go onto SPRING ST/MA-12. | 2.3 miles |
| 4: SPRING ST/MA-12 becomes MA-140 S. | 9.5 miles |
| 5: Merge onto MA-2 E toward FITCHBURG/PRINCETON. | 31.0 miles |
| 6: Enter next roundabout and take 1st exit onto MA-2 E/CONCORD TURNPIKE. | 4.5 miles |
| 7: Turn SLIGHT RIGHT onto CAMBRIDGE TURNPIKE/MA-2 E. Continue to follow MA-2 E. | 10.0 miles |
| 8: Turn SLIGHT LEFT to take the US-3 N/RT-16 E ramp toward MEDFORD. | <0.1 miles |
| 9: Turn SLIGHT LEFT onto ALEWIFE BROOK PKWY/US-3 N/MA-16 E. Continue to follow ALEWIFE BROOK PKWY/MA-16 E. | 1.4 miles |
| 10: Enter next roundabout and take 2nd exit onto MYSTIC VALLEY PKWY/MA-16 E. | 1.3 miles |
| 11: Merge onto I-93 S toward SOMERVILLE/BOSTON. | 4.5 miles |
| 12: Take EXIT 24 A-B toward RT-1A N/LOGAN AIRPORT/GOV'T CTR. | 0.1 miles |
| 13: Take EXIT 24-A toward GOV'T CTR/NORTH END/AQUARIUM/FINANCIAL DISTRICT. | 0.1 miles |
| 14: Turn LEFT onto SURFACE RD. | <0.1 miles |
| 15: Stay STRAIGHT to go onto ATLANTIC AVE. | <0.1 miles |

Driving Directions from [1-24] Main St, Winchendon, MA to 47 Wi...   http://www.mapquest.com/directions/main.adp?go=1&do=nw&rm...

| Maneuvers | Distance |
|---|---|
| **16:** Turn RIGHT onto STATE ST. | 0.3 miles |
| **17:** STATE ST becomes COURT ST. | <0.1 miles |
| **18:** Turn LEFT onto TREMONT ST. | 0.2 miles |
| **19:** Turn LEFT onto HAMILTON PL. | <0.1 miles |

**20:** End at **47 Winter St**
Boston, MA 02108-4706, US

**Total Est. Time:** 1 hour, 30 minutes       **Total Est. Distance:** 66.39 miles



All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.