UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
**********************************            
KENNETH AND PAMELA PRICE JEAN       *
        Plaintiffs                  *
                                    *
v.                                  *
                                    *
CITY OF ASHBURNHAM POLICE           *
DEPARTMENT, CITY OF WINCHENDON      *
POLICE DEPARTMENT, ROB HARRINGTON,  *
in his capacity as CHIEF OF THE WINCHENDON  *   C.A. NO. 03-12306MLW
POLICE DEPARTMENT, JACK MURRY, in his *
capacity as CHIEF OF THE ASHBURNHAM *
POLICE DEPARTMENT, TODD C. PARSONS  *
RAYMOND M. ANAIR, ROBERT BRENNON,   *
WILLIAM P. GEOFFROY, BRIAN HART,    *
KEVIN AHEARN, KEVIN E. WOLSKI       *
OFFICER JOHN DOE, OFFICER JOHN POE. *
        Defendants                  *
**********************************
```

## PLAINTIFFS' CERTIFICATION

Plaintiff's Counsel Mark D. Stern hereby certifies that in advance of filing this motion with the Court he has conferred with Michael Akerson, Regina Ryan, John Cloherty and Nancy Pelletier in regards to narrowing the issues in dispute between the parties concerning Plaintiffs' Motion for Reconsideration. In particular I conferred with each of them as to the likely location of the depositions in Worcester County and the reasons for the same. Ms. Pelletier indicated she would be willing to raise the matter with her clients. Ms. Ryan, Mr. Cloherty and Mr. Akerson were unwilling to make any accommodation to Plaintiff or her Counsel. As such there was no reason to wait for a

further response from Ms. Pelletier because the motion would be necessitated irrespective of her response.

Signed,

Mark D. Stern
BBO # 4795000
Mark D. Stern, P.C.
34 Liberty Avenue
Somerville, MA 02144
(617) 776 4020
Fax (617) 776 9250
markdsternpc@rcn.com

## CERTIFICATE OF SERVICE

I Mark D. Stern hereby certify under the pains and penalties of perjury that on the above date I sent by regular mail, postage pre paid a copy of the foregoing documents to the individual listed below:

Nancy Frankel Pelletier
Robinson Donovan, P.C.
1500 Main Street - Suite 1600
Springfield, MA 01115

John J. Cloherty, III
Pierce, Davis, Perritano, LLP
Ten Winthrop Square
Boston, MA 02110

Douglas I. Louison
Regina M. Ryan
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110

Michael Akerson
Austin M. Joyce
Andrew J. Gambaccini
Reardon, Joyce & Ackerson, P.C.
397 Grove Street
Worcester, MA 01605

Signed,

Mark D. Stern