UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\***********************************

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * |
| CITY OF ASHBURNHAM POLICE | * |
| DEPARTMENT, CITY OF WINCHENDON | * |
| POLICE DEPARTMENT, ROB HARRINGTON, | * |
| in his capacity as CHIEF OF THE WINCHENDON | *   C.A. NO. 03-12306FDS |
| POLICE DEPARTMENT, JACK MURRY, in his | * |
| capacity as CHIEF OF THE ASHBURNHAM | * |
| POLICE DEPARTMENT, TODD C. PARSONS | * |
| RAYMOND M. ANAIR, ROBERT BRENNON, | * |
| WILLIAM P. GEOFFROY, BRIAN HART, | * |
| KEVIN AHEARN, KEVIN E. WOLSKI | * |
| OFFICER JOHN DOE, OFFICER JOHN POE. | * |
| | * |
| Defendants | * |

\***********************************

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1 (A)(2)

Now comes Counsel for the plaintiff and certifies that he has conferred with Attorneys Cloherty, Ryan, Pelletier and Gambaccini, pursuant to Rule 7.1, regarding plaintiff Kenneth Jean's Motion to Reconsider requiring defendants' depositions to be taken in Worcester County.

Respectfully submitted,
Kenneth Jean, et al
by their counsel

Date: 5/20/05

Andrew M. Fischer
BB0# 167040
JASON & FISCHER
47 Winter Street
Boston, MA 02108
(617) 423-7904

## CERTIFICATE OF SERVICE

    I, Andrew M. Fischer, hereby certify that on this date I served a copy of the above document on the parties by mailing a copy, first class, postage prepaid to John J. Cloherty, III, Pierce, Davis, Perritano, LLP, Ten Winthrop Square, Boston, MA 02110; Regina Ryan, Merrick, Louison & Costello, 67 Batterymarch Street, Boston, MA 02110; Austin M. Joyce, Edward P. Reardon, P.C., 397 Grove Street, Worcester, MA 01605; Nancy Frankel Pelletier, Robinson Donovan, P.C., 1500 Main Street, Ste. 1600, Springfield, MA 01115-5609 and to Mark Stern, 34 Liberty Avenue, Somerville, MA 02144.

Date: 5/20/05

Andrew M. Fischer

jean\7.1cert2