UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KENNETH AND PAMELA PRICE JEAN,**<br><br>    Plaintiffs,<br><br>v.<br><br>**CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRAY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS RAYMOND M. ANAIR, ROBERT BRENNAN, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI OFFICER JOHN DOE, OFFICER JOHN POE.**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No.**<br>**03-12306-FDS** |

## ORDER ON MOTION FOR CRIMINAL OFFENDER RECORD INFORMATION

Upon the proper motion of defendant Town of Ashburnham, it is hereby ORDERED that defendant's counsel of record, John J. Cloherty III, PIERCE, DAVIS & PERRITANO, LLP, Ten Winthrop Square, Boston, MA 02110, shall, upon payment of a reasonable fee, obtain access to Criminal Offender Record Information (CORI) reports maintained by the Criminal History Systems Board concerning the following persons:

> Kenneth Jean
> 141 Ashby Road, Ashburnham, MA 01430
> D.O.B. 3/27/56
>
> Pamela Price Jean
> 141 Ashby Road, Ashburnham, MA 01430

        D.O.B. 12/27/61

It is further ORDERED that:

(1) defense counsel shall not be entitled to access arrest or probation records maintained by police departments or the Department of Probation;

(2) defense counsel shall use the information contained in the CORI reports exclusively for purposes of witness impeachment and trial strategy in the above-captioned matter; and

(3) defense counsel shall not disclose the information contained in the CORI reports to any unauthorized person or otherwise use the information in a manner that violates Mass. Gen. Laws ch. 6, §§ 167 et. seq. and 803 C.M.R. §§ 1.00 et. seq.

**So Ordered.**

                                      /s/ F. Dennis Saylor
                                      F. Dennis Saylor IV
Dated: September 6, 2005           United States District Judge