E-FILED 6/30/06                                           June 30, 2006

Martin Castles, Courtroom Clerk
411 Harold D. Donohue Federal Building
United States District Court
595 Main Street
Worcester, MA 01608

Re:     <u>Kenneth and Pamela Jean v. Ashburnham Police, et al</u>
        C.A. No. 03-12306FDS

Dear Mr. Castles:

  Please allow the plaintiffs to withdraw their motion to reconsider, electronically filed on June 22, 2006, and substitute the Substitute Motion for Reconsideration, electronically filed herewith, together with the Substitute Third Amended Complaint, attached as Exhibit A to the Substitute Motion for Reconsideration.

  Hopefully, this will resolve all problems regarding the amended complaint.

             Yours truly,

             /s/

             Andrew M. Fischer

AMF:ms

Enclosure

cc:     John J. Cloherty, III, Esquire
        Regina Ryan, Esquire
        Austin M. Joyce, Esquire
        Nancy Frankel Pelletier, Esquire
        Mark Stern, Esquire

jean\ltct17
afischer@jasonandfischer.com