UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH AND PAMELA PRICE JEAN              \*
    Plaintiffs                                    \*
                                                  \*
v.                                             \*
                                                  \*
CITY OF ASHBURNHAM POLICE                      \*
DEPARTMENT, CITY OF WINCHENDON                 \*
POLICE DEPARTMENT, ROB HARRINGTON,             \*
in his capacity as CHIEF OF THE WINCHENDON     \*  C.A. NO. 03-12306MLW
POLICE DEPARTMENT, JACK MURRAY, in his         \*
capacity as CHIEF OF THE ASHBURNHAM            \*
POLICE DEPARTMENT, TODD C. PARSONS             \*
RAYMOND M. ANAIR, ROBERT BRENNON,              \*
WILLIAM P. GEOFFROY, BRIAN HART,               \*
KEVIN AHEARN, KEVIN E. WOLSKI               \*
OFFICER JOHN DOE, OFFICER JOHN POE.            \*
    Defendants                                    \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' SUBSTITUTE MOTION FOR RECONSIDERATION

Plaintiffs Pamela Jean and Kenneth Jean move for reconsideration of the Order of the Court of June 16, 2006. In support they say the following:

1. It appears that the Court based its decision upon review of the Third Amended Complaint rather than the Substitute Third Amended Complaint, which the Court apparently was unable to review, believing erroneously that it had not been filed. In fact, the Substitute Third Amended Complaint was filed [see Docket # 65] by the plaintiffs with their Motion to Allow Filing of Substitute Third Amended Complaint.

2. It appears that the Substitute Third Amended Complaint was deleted from the ECF system, apparently because it was filed with the Motion to allow its filing and before the

1

motion was granted.

3. This was pointed out to plaintiffs' counsel by the Courtroom Clerk, upon whose advice the plaintiffs have withdrawn the their motion for reconsideration and substituted it with this one, which has the Substitute Third Amended Complaint attached as an exhibit, so that it can be filed electronically and available to the Court.

4. The Substitute Third Amended Complaint was prepared and filed by Plaintiffs to accommodate multiple criticisms from the Defendants and, in fact, addressed the points the Court said the Plaintiffs had failed to address, including, among others, Plaintiffs' naming Officer Gushlaw as a Defendant.[1]

5. The Court also admonishes the Plaintiffs for failing to name Officer Baranowski after being allowed by Order of the Court to add him as a Defendant. The Plaintiffs' omission in this regard resulted from a misunderstanding. Plaintiffs's Counsel was, in the absence of the Court's having issued any written order or made any docket notation to this effect, uncertain as to what ruling the Court had made, after conferring on this matter, as they were directed to do, with defense counsel. After conferring with one of the Defense Counsel, Plaintiffs mistakenly believed the Court had denied them leave to amend the Complaint to add Officer Baranowski.

6. The inclusion of the names of defendants Geoffrey and Wolski in Count XII, alleging

---

[1] Officer Gushlaw's name is dropped from the Substitute Third Amended Complaint. Indeed, this was one reason for substituting a corrected complaint, as noted at the top of page 3 of the Motion to Allow filing of Substitute Third Amended Complaint.

defamation for identifying Ms. Jean's occupation as "prostitute" in the booking sheet for her arrest, was not done to circumvent any order of the Court, but was intended to satisfy repeated requests of the Defendants that the Plaintiffs accurately identify which Defendants were the subject of Count XII.[2]

For the above reasons, Plaintiffs respectfully ask the Court to review the Substitute Third Amended Complaint, Docket # 65, apparently overlooked by the Court, and based upon such review, reconsider its Memorandum and Order, and allow plaintiffs' Substitute Third Amended Complaint.

Date: June 30, 2006

                                      Respectfully submitted,
                                      Pamela Price Jean,
                                      by her counsel,

                                      _____/s/Mark Stern_____
                                      Mark D. Stern
                                      BBO # 4795000
                                      MARK D. STERN, P.C.
                                      34 Liberty Avenue
                                      Somerville, MA 02144
                                      (617) 776 4020
                                      Fax (617) 776 9250
                                      markdsternpc@rcn.com

                                      Respectfully submitted,
                                      Kenneth Jean,
                                      by his counsel,

                                      _____/s/Andrew M. Fischer___
                                      Andrew Fischer
                                      BBO # 167040
                                      Jason and Fischer
                                      47 Winter Street

---

[2] The substitution of defendants Geoffrey and Wolski for Defendant Brennan is also reflected in the Substitute Third Amended Complaint.

3

Boston MA 02108
617-423-7904
afischer@jasonandfischer.com

Case 4:03-cv-12306-FDS   Document 71   Filed 06/30/2006   Page 4 of 4