UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
KENNETH AND PAMELA PRICE JEAN       *
                                    *
        Plaintiffs                  *
                                    *
v.                                  *       C.A. NO. 03-12306FDS
                                    *
TOWN OF ASHBURNHAM et al            *
                                    *
                                    *
        Defendants                  *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO CONTINUE STATUS CONFERENCE

Now comes plaintiff Kenneth Jean and respectively moves this Honorable Court continue and reschedule the status conference presently scheduled for Thursday, September 7, 2006, until Thursday, September 14, or until the afternoon of September 25 or until September 26, 27 or 28, 2006.

As reason, counsel for plaintiff Kenneth Jean has two depositions scheduled for that day in the case of Kennedy et al v Town of Billerica et al, C. A. No. 04-CV-12357-PBS. These are third party depositions of reluctant witnesses and thus cannot be changed easily. Additionally, a hearing has been scheduled for several discovery motions in the same case, at 12:00 p.m. Counsel expect to interrupt the depositions for the hearing.

This case is scheduled for trial on October 16, 2006, before Judge Saris and thus time is of the essence in that case. On the other hand, there is no trial date set in this case, discovery is largely completed and the short continuance requested by plaintiff Kenneth Jean's counsel in this case will not delay trial or prejudice any party.

                                            Respectfully submitted,
                                            Kenneth Jean,
                                            by his counsel

Date: September 5, 2006                     /s/ Andrew M. Fischer
                                            Andrew M. Fischer
                                            BB0# 167040
                                            JASON & FISCHER
                                            47 Winter Street
                                            Boston, MA 02108
                                            (617) 423-7904