# MARK D. STERN, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617) 776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

September 19, 2006

Martin Castles
Courtroom Clerk
United States District Court
for the District of Massachusetts
Harold D. Donohue Federal Bldg and Courthouse
595 Main Street, suite 502
Worcester, MA 01608

        Re:    Jean v. Town of Ashburnham Police Dept., et al.
               Docket No. 2003 CV 12306-FDS

Dear Mr. Castles:

    Please advise the Court I am scheduled for Jury Duty on October 4, 2006. I have no objection to Attorney Fischer appearing in my absence for a status conference.

                                  Cordially,

                                    Mark D. Stern

cc.    Andrew M. Fischer; Nancy Frankel Pelletier; John J. Cloherty, III; Douglas I. Louison
       and Regina M. Ryan; Michael Akerson and Austin M. Joyce; Pamela Price Jean



OFFICE OF JURY COMMISSIONER FOR THE COMMONWEALTH
560 Harrison Avenue, Suite 600, Boston, Massachusetts 02118-2447

# SUMMONS for JUROR SERVICE

You are hereby summoned to serve as a **TRIAL JUROR** commencing on:

✱ WEDNESDAY, OCTOBER 4, 2006 AT 8:00 AM
EDWARD J. SULLIVAN COURTHOUSE, CAMBRIDGE HI-RISE, 5TH FLOOR
40 THORNDIKE STREET, CAMBRIDGE, MA  02141

YOUR PIN #:

**874812**

- You will be mailed a reminder notice about 10 days before your scheduled date. It will contain a map and directions to the courthouse. Please notify us of any address change.
- You may postpone your juror service, if necessary. (See page 2, Section E, below.)
- A knowing failure to obey this summons without justifiable excuse is a crime, which is punishable by a fine of not more than $2,000 upon conviction.
- Please keep this card and refer to your Badge #, below, whenever contacting us.

BADGE # = 009327299
MARK STERN
34 LIBERTY AVE
WEST SOMERVILLE, MA  02144-2022

|||||||||||||||||||||||||||||



Jurors with mobility impairments may call 1-800-843-5879 so that necessary accommodations can be made.

**VERY IMPORTANT:** You must submit the Juror Confirmation Form (Page 3 below) within 10 days of receipt. See other side for details.

**PAGE 1**

015295

## Please Follow These Instructions:                                          PAGE 2

Review "**Juror Instructions and Information**" **(JII)** pamphlet, pp. 4-5, then complete the Juror Confirmation Form by either (1) filling out the Form below, detaching, and mailing it, or (2) logging on to our web site and completing the Form online at **www.MassJury.com/juror**.

### GUIDE to COMPLETING the JUROR CONFIRMATION FORM

**SECTION A:** Read page 5 of the **JII**, "**Reasons For Disqualification**." **IF QUALIFIED** to serve as a juror, fill in the circle to the right of **SECTION A**, then skip Sections B and C.

**SECTION B and SECTION C:** Read page 5 of the JII, "**Reasons For Disqualification**." If **NOT QUALIFIED** to serve as a juror, fill in the circle under the appropriate reason number in **SECTION B**, then provide details in **SECTION C**. (If you claim reason 9 or 10, you must send a doctor's letter, along with the Juror Confirmation Form, in an envelope.)

**SECTION D - OPTIONAL COURTS for HARDSHIP TRANSFER:** If you have a **HARDSHIP** that you believe will prevent you from appearing at the specified courthouse, you may request a change of court location. Fill in the circle to the **RIGHT** of the listed court to which you wish to transfer. You must provide a detailed explanation of your hardship in the space provided to the **RIGHT** of the listed courts. If the name of the court you prefer is not listed, then it is either fully scheduled, not in your district, or is not a court that uses jurors. **Please Note: INCONVENIENCE IS NOT A HARDSHIP.**

**SECTION E:** If you wish to postpone your date of juror service, complete **SECTION E**, below. **Note: You may request to postpone to any business day up to one year from your original date.** You will be scheduled on the closest available date.

**SECTION F:** If you are **HEARING IMPAIRED** and will need an FM assistive listening device, fill in the circle to the right of **SECTION F**.

**SECTION G: YOU ARE REQUIRED BY LAW TO COMPLETE THIS SECTION WHETHER OR NOT YOU SERVE.** Providing this information helps ensure that the jury pool reflects the diversity of all of our citizens. Your response will not affect your selection for juror service. Fill in the circle(s) next to the designation(s) that applies to you. You are also required to indicate if you are Hispanic/Latino.