

**ROBINSON DONOVAN**
ATTORNEYS AT LAW

**Nancy Frankel Pelletier, Esq.**

(413) 732-2301 ext. 142
npelletier@robinson-donovan.com

September 15, 2006

FILE COPY

Andrew M. Fischer, Esq.
Jason and Fischer
47 Winter Street, 4th Floor
Boston, MA 02108

RE:   Kenneth and Pamela Price Jean v. City of Ashburnham
      Police Department, et. als.
      Civil Action No.: 03-12306-MLW

Dear Mr. Fischer:

Attached please find the Defendant, City of Winchendon(sic) Police Department's Answer to Supplemental Interrogatory.

Sincerely,

*Nancy Frankel*

Nancy Frankel Pelletier, Esq.

/rjr
Enclosure
cc: Maureen MacDonald
    John J. Cloherty, III, Esq.
    Andrew J. Gambaccini, Esq.
    Regina M. Ryan, Esq.
    Mark D. Stern, Esq.

9129/40158

460038

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12306-FDS

| | |
|---|---|
| KENNETH AND PAMELA PRICE JEAN,<br>　　Plaintiffs | )<br>)<br>) |
| vs. | )<br>) |
| CITY OF ASHBURNHAM POLICE<br>DEPARTMENT, CITY OF WINCHENDON<br>POLICE DEPARTMENT,<br>ROB HARRINGTON, in his capacity as<br>CHIEF OF THE WINCHENDON POLICE<br>DEPARTMENT, JACK MURRY, in his capacity<br>as CHIEF OF THE ASHBURNHAM POLICE<br>DEPARTMENT, TODD C. PARSONS,<br>RAYMOND M. ANAIR, ROBERT BRENNON,<br>WILLIAM P. GEOFFROY, BRIAN HART,<br>KEVIN AHEARN, KEVIN E. WOLSKI<br>OFFICER JOHN DOE, OFFICER JOHN DOE,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT, CITY OF WINCHENDON (SIC) POLICE DEPARTMENT'S, ANSWER TO SUPPLEMENTAL INTERROGATORY

QUESTION

1. Please describe all facts and circumstances regarding the departure of Officer Whitaker from the Winchendon Police force, including in your answer any involvement of either of the plaintiffs regarding actions leading to Officer Whitaker's departure, retirement, removal or resignation as a police officer; the reasons for Officer Whitaker's departure as a police officer; all other facts and circumstances in detail regarding Officer Whitaker's departure as a police officer.

ANSWER

OBJECTION. The defendant, City of Winchendon (sic), objects to this interrogatory on the grounds that it is calculated to annoy and harass the defendant; seeks information neither relevant nor material to this legal action nor reasonably calculated to lead to the discovery of admissible evidence; and exceeds the scope of discovery permitted by Mass. R. Civ. P. 26.

Signed under the pains and penalties of perjury this 12 day of Sept., 2006.

459304

CITY OF WINCHENDON (SIC) POLICE DEPARTMENT

By _____
Its Town Manager, James M. Kreidler, Jr.

AS TO OBJECTIONS:

By _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 18th day September, 2006, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel:

| Andrew M. Fischer, Esq.<br>Jason & Fischer<br>47 Winter Street<br>Boston, MA 02108 | Mark D. Stern, Esq.<br>34 Liberty Avenue<br>Somerville, MA 02144 |
|---|---|
| Michael Akerson, Esq.<br>Austin M. Joyce, Esq.<br>Andrew J. Gambaccini, Esq.<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605 | Douglas I. Louison, Esq.<br>Regina M. Ryan, Esq.<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110 |
| John J. Cloherty, III<br>Pierce, David, Perritano, LLP<br>Ten Winthrop Square<br>Boston, MA 02110 | |

Subscribed under the penalties of perjury.

_____
Nancy Frankel Pelletier, Esq.

459304