### markdsternpc@rcn.com

| | |
|---|---|
| From: | "Mark D. Stern P.C." <markdsternpc@rcn.com> |
| To: | <Npelletier@Robinson-Donovan.com> |
| Cc: | "Andrew M. Fischer" <AFischer@jasonandfischer.com> |
| Sent: | Wednesday, October 25, 2006 11:45 AM |
| Subject: | Harrington Supp'l Int. Answer |

Nancy

Please treat this as a Rule 7.1 conference. We consider your answer to the Supplemental Interrogatory inadequate. If you want to further confer on this matter, please advise Andy and me when you would like to have us confer with you.

Cordially, Mark Stern

10/25/2006