| | | |
|---|---|---|
| 17 | Q. | Do you know who Officer Whitaker was? |
| 18 | A. | His first name? |
| 19 | Q. | I don't know. |
| 20 | | MR. STERN: Anybody know? |
| 21 | A. | Are you referring to the Officer Whitaker that was |
| 22 | | on the Winchendon Police Department? |
| 23 | Q. | Yes. |
| 24 | A. | Yes. |

33

1 Q. Okay. Did you work with him for a number of
2    years?
3       MS. PELLETIER: Objection. Go ahead.
4 A. For a short period of time, yes.
5 Q. Do you know what happened to him, why he left the
6    department?
7       MS. PELLETIER: Objection. Go ahead.
8 A. As I recall, he failed to take the Civil Service
9    exam and he had to leave, resign. I don't know if
10   he resigned or whatever.
11 Q. And do you know how that came about to occur?
12       Did somebody bring that up or was it that
13   he hadn't taken the Civil Service exam? Somebody
14   outside the department bring that up or any
15   complaint against him?
16 A. I have no knowledge of that.