KEVI...

```
 1
 2
 3
 4                                                            an
 5                                                            ue
 6         o                                                  
 7                                                            
 8                                                            
 9                                                            e
10                                                            
11
12
13
14
15                                                            one
16                                                            
17
18
19
20
21
22
23
24
```

```
 1
 2
 3   A                                                        by
 4
 5
 6
 7
 8   Q
 9
10
11   A
12   Q
13   A
14       c                                                    ng
15                                                            I
16
17   Q.                Do                                    th
18
19
20
21   A.
22   Q.
23   A.         23  Q.   Do you know who Officer Whitaker was?
24              24  A.   Yes.
```

101

```
 1  Q.   When did he ---
 2  A.   David Whitaker?
 3  Q.   Is there more than one Officer Whitaker?
 4  A.   No.
 5  Q.   Who was he?
 6  A.   Dave Whitaker is the chief of Templeton
 7       right now.
 8  Q.   Was he an officer with Winchendon?
 9  A.   No, not when I was there.
10  Q.   Do you know why he left Winchendon?
11            MS. PELLETIER:  Objection.  He just
12       said he didn't know him to be an officer in
13       Winchendon.
14            MR. STERN:  No.  He said not while
15       I was there.  Thank you.
16  Q.   Do you happen to know first or secondhand
17       why he left Winchendon?
18            MS. PELLETIER:  Objection.  Go
19       ahead.
20  A.   No.
21                    --
22
23
24
```

```
    Q.
23  A.
24  Q.
```

EILEEN E                                    ₹TI         612         101 -    )4