27

DAVI

1
2
3
4
5  A
6  Q
7
8  A
9
10
11
12 Q.
13
14
15
16
17
18
19
20 A.
21 Q.
22
23 A.
24 Q.

1  A.
2  Q.
3  A.
4  Q.
5
6  A.
7  Q.
8
9  A.
10 Q.
11
12 A.
13 Q.
14
15
16
17
18 A.
19 Q.
20
21
22
23 A.
24 Q.

ith

13 Q. Who was Officer Whitaker, if you know?
14 A. There is a Templeton Chief Whitaker.
15 Q. You don't know one that worked for either
16    Ashburnham or Winchendon?
17 A. I believe Chief Whitaker worked for the
18    Winchendon Police Department well before my
19    time.
20 Q. Have you ever heard what happened to him,
21    why he left the department?
22        MS. PELLETIER: Objection. You can
23    answer that question yes or no and nothing
24    further.

29

1  A.    Have I heard? No.