UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12306-FDS

KENNETH AND PAMELA PRICE JEAN,       )
    Plaintiffs                                              )
                                                                 )
vs.                                                              )
                                                                 )
CITY OF ASHBURNHAM POLICE            )
DEPARTMENT, CITY OF WINCHENDON       )
POLICE DEPARTMENT,                   )
ROB HARRINGTON, in his capacity as   )
CHIEF OF THE WINCHENDON POLICE       )
DEPARTMENT, JACK MURRY, in his capacity  )
as CHIEF OF THE ASHBURNHAM POLICE    )
DEPARTMENT, TODD C. PARSONS,         )
RAYMOND M. ANAIR, ROBERT BRENNON,    )
WILLIAM P. GEOFFROY, BRIAN HART,     )
KEVIN AHEARN, KEVIN E. WOLSKI        )
OFFICER JOHN DOE, OFFICER JOHN DOE,  )
    Defendants                                            )

## ASSENTED TO MOTION TO CONTINUE ADR CONFERENCE

NOW COME the parties to the above-captioned matter and respectfully request that this Court continue the ADR Conference presently scheduled for December 28, 2006. As grounds therefor and in support thereof the parties state that they or their respective counsel have scheduling conflicts on December 28, 2006. All counsel have assented to this motion.

WHEREFORE, based upon the foregoing, the parties respectfully request that the ADR Conference presently scheduled for December 28, 2006 be continued until the February 26, 2006 by agreement.

464421

| | |
|---|---|
| THE PLAINTIFFS,<br>KENNETH AND PAMELA PRICE JEAN | THE DEFENDANTS<br>CITY OF WINCHENDON POLICE DEPARTMENT, WILLIAM P. GEOFFREY, KEVIN E. WOLSKI, RAYMOND M. ANAIR AND ROB HARRINGTON |
| By  */s/ Andrew M. Fischer*<br>Andrew M. Fischer, Esq.<br>Jason & Fischer<br>47 Winter Street<br>Boston, MA 02108 | By  */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., of<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301  Fax (413) 785-4658<br>BBO No.: 544402 |
| | THE PLAINTIFFS,<br>KENNETH AND PAMELA PRICE JEAN |
| By  */s/ Andrew Gambaccini*<br>Andrew Gambaccini, Esq.<br>Reardon, Joyce & Ackerson, P.C.<br>397 Grove Street<br>Worcester, Massachusetts 01605<br>BBO No.: 654690 | By  */s/ Mark D. Stern.*<br>Mark D. Stern, Esq.<br>34 Liberty Avenue<br>Somerville, MA  02144 |
| THE DEFENDANTS<br>CITY OF ASHBURNHAM POLICE DEPARTMENT, JACK MURRY, TODD C. PARSONS, ROBERT BRENNON, BRIAN HART, KEVIN AHEARN, OFFICER JOHN DOE, OFFICER JOHN DOE | |
| By  */s/ John Cloherty, III*<br>John J. Cloherty, Esq., of<br>Pierce, Davis, Perritano, LLP<br>Ten Winthrop Square<br>Boston, Massachusetts 02110<br>BBO No.:  566522 | By  */s/ Regina M. Ryan*<br>Regina M. Ryan, Esq.,<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, Massachusetts 02110<br>BBO No.: 565246 |

464421

CERTIFICATE OF SERVICE

    I, Nancy Frankel Pelletier, Esq., hereby certify that on this _____ day November, 2006, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel:

| | |
|---|---|
| Andrew M. Fischer, Esq.<br>Jason & Fischer<br>47 Winter Street<br>Boston, MA 02108 | Mark D. Stern, Esq.<br>34 Liberty Avenue<br>Somerville, MA 02144 |
| Michael Akerson, Esq.<br>Austin M. Joyce, Esq.<br>Andrew J. Gambaccini, Esq.<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605 | Douglas I. Louison, Esq.<br>Regina M. Ryan, Esq.<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110 |
| John J. Cloherty, III<br>Pierce, David, Perritano, LLP<br>Ten Winthrop Square<br>Boston, MA 02110 | |

Subscribed under the penalties of perjury.

                                                          Nancy Frankel Pelletier, Esq.

464421