UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
KENNETH AND PAMELA PRICE JEAN,              )   CIVIL ACTION NO. 03-12306-FDS
                                            )
     Plaintiffs                             )
                                            )
v.                                          )
                                            )
CITY OF ASHBURNHAM POLICE                   )
DEPARTMENT, CITY OF WINCHENDON              )
POLICE DEPARTMENT, ROB HARRINGTON,          )
in his capacity as CHIEF OF THE WINCHENDON  )
POLICE DEPARTMENT, JACK MURRAY, in          )
his capacity as CHIEF OF THE ASHBURNHAM     )
POLICE DEPARTMENT, TODD C. PARSONS,         )
RAYMOND M. ANAIR, ROBERT BRENNON,           )
WILLIAM P. GEOFFROY, BRIAN HART,            )
KEVIN AHEARN, KEVIN E. WOLSKI,              )
OFFICER JOHN DOE, OFFICER JOHN POE,         )
                                            )
     Defendants                             )
_____ )

**ASSENTED TO MOTION TO EXTEND SUMMARY JUDGMENT
DEADLINE DUE TO PENDING MEDIATION**

Now come the defendants in the above-captioned matter, and hereby move to extend the motion for summary judgment deadline until April 12, 2007, which is forty-five days after the scheduled mediation.

As grounds for this motion, the defendants state that the case in presently scheduled for mediation before United States Magistrate Judge Leo T. Sorokin on February 26, 2007. The additional time requested is necessary to provide the opportunity to fully explore settlement prior to incurring the additional

expense of summary judgment practice.

WHEREFORE, the defendants request the deadline for serving motions for summary judgment be extended until April 12, 2007, which is forty-five days after the scheduled mediation.  Respectfully submitted,

| | |
|---|---|
| Defendants,<br>TOWN OF ASHBURNHAM POLICE DEPARTMENT, JACK MURRAY, TODD PARSONS, ROBERT BRENNON, BRIAN HART AND KEVIN AHEARN,<br>By their attorneys,<br>**PIERCE, DAVIS & PERRITANO, LLP**<br><br>  /s/  John J. Cloherty III<br>John J. Cloherty III, BBO #566522<br>Ten Winthrop Square<br>Boston, MA  02110<br>(617) 350-0950 | Defendants,<br>TOWN OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, RAYMOND M. ANAIR, WILLIAM P. GEOFFROY AND KEVIN E. WOLSKI,<br>By their attorney,<br><br>   /s/ Nancy Frankel Pelletier<br>Nancy Frankel Pelletier; BBO # 544402<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>(413) 732-2301 |
| Defendants,<br>TOWN OF ASHBURNHAM POLICE DEPARTMENT, JACK MURRAY, TODD PARSONS, ROBERT BRENNON AND KEVIN AHEARN,<br>By their attorneys,<br><br>  /s/ Regina M. Ryan<br>Douglas I. Louison, BBO #545191<br>Regina M. Ryan, BBO #565246<br>Merrick, Louison & Costello, LLP<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 | Defendants,<br>JACK MURRAY, TODD PARSONS AND ROBERT BRENNON,<br>By their attorneys,<br><br>   /s/ Andrew J. Gambaccini<br>Michael J. Akerson, BBO# 558565<br>Andrew J. Gambaccini, BBO# 654690<br>Reardon, Joyce & Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 |

| | |
|---|---|
| **ASSENTED TO BY PLAINTIFF,** | **ASSENTED TO BY PLAINTIFF,** |
| KENNETH JEAN, | Plaintiff, |
| By his attorney, | PAMELA JEAN, |
| | By her attorney, |
|   |   |
|    /s/ Andrew M. Fischer |    /s/ Mark D. Stern |
| Andrew M. Fischer, BBO #167040 | Mark D. Stern, BBO #479500 |
| Jason & Fischer | Mark D. Stern, P.C. |
| 47 Winter Street | 34 Liberty Avenue |
| Boston, MA 02108 | Somerville, MA 02144 |
| (617) 423-7904 | (617) 776-4020 |

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

 12/22/06    /s/ John J. Cloherty
    Date