UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KENNETH AND PAMELA PRICE JEAN,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF ASHBURNHAM POLICE DEPARTMENT, CITY OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, in his capacity as CHIEF OF THE WINCHENDON POLICE DEPARTMENT, JACK MURRAY, in his capacity as CHIEF OF THE ASHBURNHAM POLICE DEPARTMENT, TODD C. PARSONS, RAYMOND M. ANAIR, ROBERT BRENNON, WILLIAM P. GEOFFROY, BRIAN HART, KEVIN AHEARN, KEVIN E. WOLSKI, OFFICER JOHN DOE, OFFICER JOHN POE,<br><br>Defendants | CIVIL ACTION NO. 03-12306-FDS |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice and without costs, and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>KENNETH JEAN,<br>By his attorney,<br><br>*/s/ Andrew M. Fischer*<br>Andrew M. Fischer, BBO #167040<br>Jason & Fischer<br>47 Winter Street<br>Boston, MA 02108<br>(617) 423-7904 | Plaintiff,<br>PAMELA JEAN,<br>By her attorney,<br><br>*/s/ Mark D. Stern*<br>Mark D. Stern, BBO #479500<br>Mark D. Stern, P.C.<br>34 Liberty Avenue<br>Somerville, MA 02144<br>(617) 776-4020 |
| Defendants,<br>TOWN OF ASHBURNHAM POLICE DEPARTMENT, JACK MURRAY, TODD PARSONS, ROBERT BRENNON, BRIAN HART AND KEVIN AHEARN,<br>By their attorneys,<br>**PIERCE, DAVIS & PERRITANO, LLP**<br><br>*/s/ John J. Cloherty III*<br>John J. Cloherty III, BBO #566522<br>Ten Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 | Defendants,<br>TOWN OF WINCHENDON POLICE DEPARTMENT, ROB HARRINGTON, RAYMOND M. ANAIR, WILLIAM P. GEOFFROY AND KEVIN E. WOLSKI,<br>By their attorney,<br><br>*/s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier; BBO # 544402<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, MA 01115<br>(413) 732-2301 |

Defendants,
TOWN OF ASHBURNHAM POLICE DEPARTMENT, JACK MURRAY, TODD PARSONS, ROBERT BRENNON AND KEVIN AHEARN,
By their attorneys,

*Regina Ryan*
Douglas I. Louison, BBO #545191
Regina M. Ryan, BBO #565246
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

Defendants,
JACK MURRAY, TODD PARSONS AND ROBERT BRENNON,
By their attorneys,

*Andrew Gambaccini*
Michael J. Akerson, BBO# 558565
Andrew J. Gambaccini, BBO# 654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record by electronic mail.

6/19/07
Date